FILED
GREAT FALLS DIV.

2011 AUG 23 PM 1 26

PATRICK E. DUFFY, CLERK

_____

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| LEILANIE D. THUNE, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security <br> Administration, <br><br> Defendant. | No. CV-10-67-GF-SEH <br><br><br> ORDER |

United States Magistrate Judge Keith Strong entered his Findings and Recommendations[1] on June 20, 2011. Plaintiff filed objections on July 8, 2011. Defendant filed a reply to the objections on July 21, 2011. The Court reviews *de novo* findings and recommendations to which objection is made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's

---

[1] Document No. 20

Findings and Recommendations and adopt them in full.

ORDERED:

1. Plaintiff's Motion for Summary Judgment[2] is DENIED.

2. Defendant's Motion for Summary Judgment[3] is GRANTED.

3. The Clerk is directed to enter judgment accordingly.

DATED this 23rd day of August, 2011.

SAM E. HADDON
United States District Judge

---

[2] Document No. 13

[3] Document No. 16